IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MOTOROLA, INC., CISCO SYSTEMS, INC., SCIENTIFIC-ATLANTA, INC., ARRIS GROUP, INC., THOMSON, INC., AMBIT MICROSYSTEMS, INC., and NETGEAR, INC., <br><br> Plaintiffs, <br><br> v. <br><br> REMBRANDT TECHNOLOGIES, LP, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) C.A. No. _____ ) ) ) ) ) |

## **PLAINTIFFS' RULE 7.1 DISCLOSURE**

Plaintiffs make the following disclosures pursuant to Federal Rule of Civil Procedure 7.1:

Motorola, Inc. ("Motorola") has no parent organization and no publicly held corporation owns 10% or more of its stock. Motorola notes that a privately held investment adviser, Dodge & Cox, manages mutual funds that own 10% or more of Motorola's stock. Pursuant to Canon 3C(3)(c)(i) of the Code of Conduct for United States Judges, "ownership in a mutual or common investment fund that holds securities is not a "financial interest" in such securities unless the judge participates in the management of the fund."

Cisco Systems, Inc. has no parent corporation and no publicly-held corporation owns 10% or more of its stock.

Scientific-Atlanta, Inc. is a wholly owned subsidiary of Cisco Systems, Inc. ("Cisco").

The parent company of Thomson, Inc. is Thomson S.A., a publicly traded French company, and Thomson S.A. is the only publicly-held corporation that owns 10% or more of Thomson, Inc.'s stock.

ARRIS Group, Inc. has no parent corporation and no publicly-held corporation owns 10% or more of its stock.

Ambit Microsystems, Inc. has no parent corporation and no publicly-held corporation owns 10% or more of its stock."

NETGEAR, Inc. is a publicly-held corporation and has no parent corporation. No publicly-held corporation owns 10% or more of NETGEAR, Inc.'s stock.

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> */s/ John W. Shaw*
>
> Josy W. Ingersoll (No. 1088)
> John W. Shaw (No. 3362)
> 1000 West Street
> Wilmington, DE 19801
> (302) 571-6600
> jshaw@ycst.com
>   Attorneys for Plaintiffs Cisco Systems,
>   Inc., Scientific-Atlanta, Inc., ARRIS
>   Group, Inc., Thomson, Inc., Ambit
>   Microsystems, Inc., and NETGEAR, Inc.

Of Counsel:

John Desmarais
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022-4611

Eric Lamison
Benjamin Ostapuk
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104

Russell E. Levine, P.C.
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL 60601

Attorneys for Plaintiffs

Dated: November 21, 2007