| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____ Delaware _____ on the following   x Patents or   Trademarks:

| DOCKET NO.<br>07-cv-752 | DATE FILED<br>11/21/2007 | U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE |
|---|---|---|
| PLAINTIFF<br>Motorola Inc. Et al | | DEFENDANT<br>Rembrandt Technologies LP. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 4,937,819 | 06/26/1990 | A. T. & T. Paradyne |
| 2 | 5,008,903 | 05/16/1991 | A. T. & T. Paradyne |
| 3 | 5,710,761 | 01/20/1998 | Paradyne Corporation |
| 4 | 5,719,858 | 02/17/1998 | Paradyne Corporation |
| 5 | 5,778,234 | 06/07/1998 | Paradyne Corporation |
| | 5,852,631 | 12/22/1998 | Paradyne Corporation |
| | 6,131,159 | 10/10/2000 | Paradyne Corporation |
| | US 6,950,444 B1 | 09/27/2005 | Paradyne Corporation |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY | |
|---|---|---|
| | ☐ Amendment     Answer     Cross Bill     Other Pleading | |
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK<br>PETER T. DALLEO, CLERK OF COURT | (BY) DEPUTY CLERK | DATE<br>11/20/2007 |
|---|---|---|

✎ AO 120 (Rev. 3/04)

**Copy 1—Upon initiation of action, mail this copy to Director     Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy**