AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

| | |
|---|---|
| DISTRICT OF | DELAWARE |

MOTOROLA, INC., CISCO SYSTEMS, INC., SCIENTIFIC-ATLANTA, INC., ARRIS GROUP, INC., THOMSON, INC., AMBIT MICROSYSTEMS, INC., and NETGEAR, INC.,

    Plaintiff(s),

V.

REMBRANDT TECHNOLOGIES, LP,

    Defendant(s).

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-752

TO: (Name and address of defendant)

    REMBRANDT TECHNOLOGIES, LP
    401 City Avenue, Suite 528
    Bala Cynwyd, PA 19004

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    John W. Shaw, Esquire (#3362)
    Young Conaway Stargatt & Taylor, LLP
    The Brandywine Building
    1000 West Street, 17th Floor
    P. O. Box 391
    Wilmington, DE 19899-0391

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO            11/21/07
CLERK                                                      DATE

*Betsy Dunn* (signature)
(BY) DEPUTY CLERK

DB02:6372291.1                                                                         099999.1245

AO 440 (Rev 10/93) Summons in a Civil Action

| | RETURN OF SERVICE | |
|---|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE | 11/26/07 |
| NAME OF SERVER (PRINT) JOHN A GAMBER | TITLE | Process Server |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: 401 CITY AVE, Suite 528, BALA CYNWYD, PA 19004. ACCEPTED BY SANDRA TAYLOR AT 2:22 PM — OFFICE ADMINISTRATOR

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/26/07
Date

Signature of Server

230 N Market St, Wilm DE 19801
Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.