AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF     DELAWARE

MOTOROLA, INC., CISCO SYSTEMS, INC., SCIENTIFIC-ATLANTA, INC., ARRIS GROUP, INC., THOMSON, INC., AMBIT MICROSYSTEMS, INC., and NETGEAR, INC.,

    Plaintiff(s),

V.

REMBRANDT TECHNOLOGIES, LP,

    Defendant(s).

**SUMMONS IN A CIVIL CASE PURSUANT TO 10 DEL. C. § 3104**

CASE NUMBER: 07-752

TO: (Name and address of defendant)

> REMBRANDT TECHNOLOGIES, LP
> c/o Secretary of State
> Division of Corporations
> John G. Townsend Building
> 401 Federal Street, Suite 4
> Dover, DE 19901

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

> John W. Shaw, Esquire (#3362)
> Young Conaway Stargatt & Taylor, LLP
> 1000 West Street, 17th Floor
> Wilmington, DE 19899-0391

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

11/21/07

CLERK      DATE

*Beth Dina* (signature)

(BY) DEPUTY CLERK

DB02:6378221.1      099999.1245

AO 440 (Rev 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE November 27 2007 |
| NAME OF SERVER (PRINT) Bryan Steilkie | TITLE Process Server |
| Check one box below to indicate appropriate method of service | |

☒ Served personally upon the defendant. Place where served Secretary of State 401 Federal Street Dover DE 19901. Service was Accepted By Karen Charbonneau @ 12:23 pm

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on Nov 27 2007
   Date                     Signature of Server

15 East North Street Dover DE 19901
Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.