IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: REMBRANDT TECHNOLOGIES, LP PATENT LITIGATION | ) ) ) ) MDL Docket No. 07-md-1848 (GMS) |
| MOTOROLA, INC., CISCO SYSTEMS, INC., SCIENTIFIC-ATLANTA, INC., ARRIS GROUP, INC., THOMSON, INC., AMBIT MICROSYSTEMS, INC., and NETGEAR, INC., <br><br>    Plaintiffs,<br><br>v.<br><br>REMBRANDT TECHNOLOGIES, LP,<br><br>    Defendant. | ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 07-752-GMS ) ) ) ) |

**STIPULATED ORDER REGARDING RESPONSE TO COMPLAINT**

WHEREAS, defendant Rembrandt Technologies, LP ("Rembrandt") represents that it has been diligently preparing its response to the Complaint in Civil Action No. 07-752-GMS;

WHEREAS, Rembrandt desires an extension to respond to the Complaint in Civil Action No. 07-752-GMS, and Rembrandt hereby seeks an extension of thirty (30) days;

IT IS HEREBY STIPULATED AND AGREED by the parties to this stipulation, subject to the approval of the Court, that the time within which Rembrandt must move, answer, or otherwise respond to the Complaint in Civil Action No. 07-752-GMS is extended to and including January 16, 2008.

| | |
|---|---|
| /s/ Francis DiGiovanni            . | /s/ John W. Shaw                      . |
| Collins J. Seitz, Jr. (#2237) | John W. Shaw (#3362) |
| Francis DiGiovanni (#3189) | Young Conaway Stargatt & Taylor, LLP |
| James D. Heisman (#2746) | The Brandywine Building, 17th Floor |
| Kristen Healey Cramer (#4512) | 1000 West Street |
| Connolly Bove Lodge & Hutz LLP | Wilmington, Delaware  19801 |
| 1007 N. Orange Street | (302) 571-6000 |
| Wilmington, Delaware 19899 | jshaw@ycst.com |
| (302) 658-9141 | |
| cseitz@cblh.com | Liaison Counsel |
| fdigiovanni@cblh.com | |
| jheisman@cblh.com | Dated:  December 16, 2007 |
| kcramer@cblh.com | |

Counsel for Rembrandt Technologies, LP

Dated:  December 16, 2007

            SO ORDERED this _____ day of December, 2007.


                                                                        _____
581679v2                                                      United States District Court Chief Judge

## **CERTIFICATE OF SERVICE**

I, Francis DiGiovanni, hereby certify that on the 16th day of December, 2007, a true copy of the foregoing **STIPULATED ORDER REGARDING RESPONSE TO COMPLAINT** was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following and the document is available for viewing and downloading from CM/ECF:

Jack B. Blumenfeld
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

                                           By:   */s/ Francis DiGiovanni*
                                                       Francis DiGiovanni  (#3189)