

**CONNOLLY BOVE LODGE & HUTZ LLP**
ATTORNEYS AT LAW

WILMINGTON, DE

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

Francis DiGiovanni
Partner

TEL (302) 888-6316
FAX (302) 255-4316
EMAIL fdigiovanni@cblh.com
REPLY TO Wilmington Office

December 17, 2007

**VIA E-FILING**
The Honorable Gregory M. Sleet
United States District Court
District of Delaware
844 King Street
Wilmington, Delaware 19801

    Re:    *Motorola, Inc., et al. v. Rembrandt Technologies, LP*, 1:07-cv-752 (GMS) (LPS);
            *In re: Rembrandt Technologies, LP Patent Litig.*, 1:07-md-1848 (GMS)

Dear Chief Judge Sleet:

    Defendant Rembrandt Technologies, LP ("Rembrandt") submits this letter to set forth its reasons for seeking an extension of thirty (30) days to file its response to the Complaint in Civil Action No. 07-752-GMS. The due date is currently **today**; the proposed new due date would be January 16, 2008. Rembrandt has been considering and coordinating the complex scheduling issues pertaining to MDL Docket No. 07-md-1848 (GMS), and because of the complexity of the issues, some of which were discussed at the MDL scheduling conference on December 12, 2007, Rembrandt has found it necessary to seek an extension of thirty (30) days to respond to the Complaint in Civil Action No. 07-752-GMS. Rembrandt has thus filed a stipulation and proposed order to that effect. Co-liaison counsel to the other parties has consented to the request. Rembrandt respectfully asks the Court for consideration of the request at the Court's earliest convenience.

                            Respectfully submitted,

                            /s/ Francis DiGiovanni

                            Francis DiGiovanni (#3189)

FD/njw
  cc:  Clerk of the Court (by ECF)
       John W. Shaw, Esq. (by ECF and e-mail)
       Jack B. Blumenfeld, Esq. (by ECF and e-mail)

581939v1