IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MOTOROLA, INC., CISCO SYSTEMS, INC., SCIENTIFIC-ATLANTA, INC., ARRIS GROUP, INC., THOMSON, INC., AMBIT MICROSYSTEMS, INC., and NETGEAR, INC., <br><br> Plaintiffs, <br><br> v. <br><br> REMBRANDT TECHNOLOGIES, LP, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) Civil Action No. 07-752 ) ) ) ) ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 14, 2008, Frank Carlow of Kirkland & Ellis, LLP, 555 California Street, San Francisco, CA 94104 caused true and correct copies of Plaintiffs' Initial Disclosures Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure to be served upon the following counsel of record as indicated:

### BY US MAIL and E-MAIL

Collins Seitz
Francis DiGiovanni
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899

David S. Benyacar
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Jack B. Blumenfeld
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

Edward R. Reines
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065

PLEASE TAKE FURTHER NOTICE that on January 18, 2008 this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Collins Seitz
Francis DiGiovanni
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899

Jack B. Blumenfeld
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

Additionally, this Notice of Service was served by hand delivery and e-mail on the above listed local counsel and on the following counsel listed below by e-mail:

David S. Benyacar
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Edward R. Reines
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

*Of Counsel:*

John Desmarais
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022-4611

Eric R. Lamison
Benjamin R. Ostapuk
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104

Russell E. Levine, P.C.
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL 60601
Attorneys for Plaintiffs

Dated: January 18, 2008

Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
1000 West Street
Wilmington, DE 19801
(302) 571-6600
jshaw@ycst.com
   Attorneys for Plaintiffs Cisco Systems, Inc.,
   Scientific-Atlanta, Inc., ARRIS Group, Inc.,
   Thomson, Inc., Ambit Microsystems, Inc., and
   NETGEAR, Inc.