**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: REMBRANDT TECHNOLOGIES, LP PATENT LITIGATION | ) ) ) ) ) ) MDL Docket No. 07-md-1848 (GMS) |

| | |
|---|---|
| MOTOROLA, INC., CISCO SYSTEMS, INC., SCIENTIFIC-ATLANTA, INC., ARRIS GROUP, INC., THOMSON, INC., AMBIT MICROSYSTEMS, INC., and NETGEAR, INC., | ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 07-752-GMS |
| REMBRANDT TECHNOLOGIES, LP, | ) ) |
| Defendant. | ) **JURY TRIAL DEMANDED** |

| | |
|---|---|
| REMBRANDT TECHNOLOGIES, LP, and REMBRANDT TECHNOLOGIES, LLC d/b/a REMSTREAM, | ) ) ) ) |
| Counter-Plaintiffs, | ) ) |
| v. | ) Civil Action No. 07-752-GMS |
| MOTOROLA, INC., CISCO SYSTEMS, INC., SCIENTIFIC-ATLANTA, INC., ARRIS GROUP, INC., THOMSON, INC., AMBIT MICROSYSTEMS, INC., NETGEAR, INC., TIME WARNER CABLE, INC., TIME WARNER CABLE LLC, TIME WARNER NEW YORK CABLE LLC, TIME WARNER ENTERTAINMENT COMPANY, LP, COMCAST CORPORATION, COMCAST CABLE COMMUNICATIONS, LLC, CHARTER COMMUNICATIONS, INC., CHARTER COMMUNICATIONS OPERATING, LLC, COXCOM, INC., COX COMMUNICATIONS, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) **JURY TRIAL DEMANDED** |

INC., COX ENTERPRISES, INC., CSC )
HOLDINGS, INC., CABLEVISION SYSTEMS )
CORPORATION, ADELPHIA )
COMMINICATIONS CORPORATION, )
CENTURY-TCI CALIFORNIA )
COMMUNICATIONS, LP, CENTURY-TCI )
HOLDINGS, LLC, COMCAST OF )
FLORIDA/PENNSYLVANIA, L.P. (f/k/a )
PARNASSOS, LP), COMCAST OF )
PENNSYLVANIA II, L.P. (f/k/a CENTURY-TCI )
CALIFORNIA, L.P.), PARNASSOS )
COMMUNICATIONS, LP, ADELPHIA )
CONSOLIDATION, LLC, PARNASSOS )
HOLDINGS, LLC, and WESTERN NY )
CABLEVISION, LP, )
)
        Counter-Defendants. )
                                                         )

---

## RULE 7.1 DISCLOSURE STATEMENT
## OF REMBRANDT TECHNOLOGIES, LLC d/b/a REMSTREAM

Defendant, Rembrandt Technologies, LLC d/b/a Remstream ("Remstream"), by and through its undersigned counsel, sets forth the following information in accordance with Fed. R. Civ. P. 7.1:

a.   *The identity of any parent corporation*:   Remstream's parent corporation is Rembrandt Technologies, LP ("Rembrandt").

b.   *The identity of any publicly held corporation that owns 10% or more of its stock*: No publicly held corporation owns 10% or more of Remstream's stock.   No publicly held corporation owns 10% or more of Rembrandt's stock.

Dated: January 23, 2008              /s/ Collins J. Seitz, Jr.
                                     Collins J. Seitz, Jr. (#2237)
                                     Francis DiGiovanni (#3189)
                                     James D. Heisman (#2746)
                                     Kristen Healey Cramer (#4512)
                                     CONNOLLY BOVE LODGE & HUTZ LLP

The Nemours Building
1007 N. Orange Street
Wilmington, DE 19899
Phone (302) 658-9141
cseitz@cblh.com
fdigiovanni@cblh.com
jheisman@cblh.com
kcramer@cblh.com

Attorneys for Rembrandt Technologies, LP, and
Rembrandt Technologies, LLC d/b/a Remstream

587621v1

## CERTIFICATE OF SERVICE

I, Collins J. Seitz, Jr., hereby certify that on the 23rd day of January, 2008, a true

copy of the foregoing **RULE 7.1 DISCLOSURE STATEMENT OF REMBRANDT**

**TECHNOLOGIES, LLC d/b/a REMSTREAM** was hand delivered to the following

persons and was electronically filed with the Clerk of the Court using CM/ECF which

will send notification of such filing to the following and the document is available for

viewing and downloading from CM/ECF:

**BY E-MAIL and HAND DELIVERY**
Jack B. Blumenfeld
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@mnat.com

**BY E-MAIL and HAND DELIVERY**
John W. Shaw
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
jshaw@ycst.com

**BY E-MAIL**
David S. Benyacar
Kaye Scholer LLP
425 Park Avenue
New York, New York 10022
dbenyacar@kayescholer.com

**BY E-MAIL**
Matthew D. Powers
Edward R. Reines
Weil Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
matthew.powers@weil.com
edward.reines@weil.com

**BY E-MAIL**
John Desmarais
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022
jdesmarais@kirkland.com

**BY E-MAIL**
Eric R. Lamison
Kirkland & Ellis LLP
555 California Street, Ste. 2700
San Francisco, CA 94104
elamison@kirkland.com

By: _/s/ Collins J. Seitz, Jr._
    Collins J. Seitz, Jr., (#2237)
    cseitz@cblh.com