IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| MOTOROLA, INC., ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No. 07-752(GMS) |
| ) | |
| REMBRANDT TECHNOLOGIES, LP, ) | |
| ) | |
| Defendant. ) | |

**<u>ORDER</u>**

At Wilmington, this 7th day of March, 2008, having received and considered the motion to intervene by Sharp Corporation and Sharp Electronics Corporation (collectively, "Sharp");

IT IS ORDERED that the Motion to Intervene (D.I. 15) is GRANTED and Sharp's third party complaint is deemed filed.[1]

/s/ Gregory M. Sleet
CHIEF, UNITED STATES DISTRICT JUDGE

---

[1] The Rule 7.1.1 Certification states that the motion is unopposed.