IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: REMBRANDT TECHNOLOGIES, LP PATENT LITIGATION | ) ) ) ) ) ) | MDL Docket No. 07-md-1848 (GMS) |
| MOTOROLA, INC., CISCO SYSTEMS, INC., SCIENTIFIC-ATLANTA, INC., ARRIS GROUP, INC., THOMSON, INC., AMBIT MICROSYSTEMS, INC., and NETGEAR, INC. | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 07-752-GMS |
| REMBRANDT TECHNOLOGIES, LP, and REMBRANDT TECHNOLOGIES, LLC d/b/a REMSTREAM, | ) ) ) ) ) | |
| Defendants. | ) ) | |
| REMBRANDT TECHNOLOGIES, LP, and REMBRANDT TECHNOLOGIES, LLC d/b/a REMSTREAM, | ) ) ) ) ) | |
| Counter-Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 07-752-GMS |
| MOTOROLA, INC., CISCO SYSTEMS, INC., SCIENTIFIC-ATLANTA, INC., ARRIS GROUP, INC., THOMSON, INC., AMBIT MICROSYSTEMS, INC., and NETGEAR, INC., TIME WARNER CABLE, INC., TIME WARNER CABLE LLC, TIME WARNER NEW YORK CABLE LLC, TIME WARNER ENTERTAINMENT COMPANY, LP, COMCAST CORPORATION, COMCAST | ) ) ) ) ) ) ) ) ) ) | |

| | |
|---|---|
| CABLE COMMUNICATIONS, LLC, CHARTER COMMUNICATIONS OPERATING, LLC, COXCOM, INC., COX COMMUNICATIONS, INC., COX ENTERPRISES, INC., CSC HOLDINGS, INC., CABLEVISION SYSTEMS CORPORATION, ADELPHIA COMMUNICATIONS CORPORATION, CENTURY-TCI CALIFORNIA COMMUNICATIONS, LP, CENTURY-TCI HOLDINGS, LLC, COMCAST OF FLORIDA/PENNSYLVANIA, L.P. (f/k/a PARNASSOS, LP), COMCAST OF PENNSYLVANIA II, L.P. (f/k/a CENTURY-TCI CALIFORNIA, L.P.), PARNASSOS COMMUNICATIONS, LP, ADELPHIA CONSOLIDATION, LLC, PARNASSOS HOLDINGS, LLC, and WESTERN NY CABLEVISION, LP, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Counter-Defendants. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 1, 2008, true and correct copies of Plaintiffs'

Response to Rembrandt Technologies, LP's First Set of Interrogatories (Nos. 3-7) to be served

upon the following counsel of record as indicated:

**BY HAND DELIVERY AND E-MAIL**

Collins J. Seitz, Jr.              Jack B. Blumenfeld
Francis DiGiovanni                 Morris, Nichols, Arsht & Tunnell LLP
1007 N. Orange Street              1201 North Market Street
P.O. Box 2207                      P.O. Box 1347
Wilmington, DE 19899               Wilmington, DE 19899

**BY E-MAIL**

David S. Benyacar  
Kaye Scholer LLP  
425 Park Avenue  
New York, NY 10022

Edward R. Reines  
Weil, Gotshal & Manges LLP  
201 Redwood Shores Parkway  
Redwood Shores, CA 94065

PLEASE TAKE FURTHER NOTICE that on May 2, 2008 this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Collins J. Seitz, Jr.  
Francis DiGiovanni  
1007 N. Orange Street  
P.O. Box 2207  
Wilmington, DE 19899

Jack B. Blumenfeld  
Morris, Nichols, Arsht & Tunnell LLP  
1201 North Market Street  
P.O. Box 1347  
Wilmington, DE 19899

Additionally, this Notice of Service was served by hand delivery and e-mail on the above listed local counsel and on the following counsel listed below by e-mail:

David S. Benyacar  
Kaye Scholer LLP  
425 Park Avenue  
New York, NY 10022

Edward R. Reines  
Weil, Gotshal & Manges LLP  
201 Redwood Shores Parkway  
Redwood Shores, CA 94065

|  | YOUNG CONAWAY STARGATT & <br>   TAYLOR, LLP |
|---|---|

*Of Counsel:*

John Desmarais
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022-4611

Eric R. Lamison
Benjamin R. Ostapuk
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA  94104

Russell E. Levine, P.C.
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL  60601
Attorneys for Plaintiffs

Dated: May 2, 2008

*/s/ John W. Shaw*
Josy W.  Ingersoll (No. 1088)
John W. Shaw (No. 3362)
1000 West Street
Wilmington, DE  19801
(302) 571-6600
jshaw@ycst.com
  Attorneys for Plaintiffs Cisco Systems, Inc.,
  Scientific-Atlanta, Inc., ARRIS Group, Inc.,
  Thomson, Inc., Ambit Microsystems, Inc., and
  NETGEAR, Inc.